# Third District Court of Appeal

## State of Florida

Opinion filed October 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1530
Lower Tribunal No. 19-29004
_____


**Denis Lopez,**
Appellant,

vs.

**Worldwind Investment Group, LLC, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Denis Lopez, in proper person.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellees.


Before FERNANDEZ, C.J., and LOGUE, and HENDON, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979); Ledo v. Seavie Res., LLC, 149 So. 3d 707 (Fla. 3d DCA 2014) ("Since Ledo was sanctioned for his own failures to comply with court orders while he was acting *pro se*, Kozel has no application here. See Ham, 891 So.2d at 496 (confirming that Kozel addresses whether a dismissal with prejudice is a warranted response to an attorney's behavior"). Rather, this matter falls within the Mercer /Ham rubric, which mandates a determination and findings of willful or deliberate disregard of a court's authority[.]").